IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH GOMEZ : CIVIL ACTION
:
v. :
:
CAROLYN W. COLVIN : NO. 13-385

ORDER

AND NOW, this 19th day of July, 2013, upon consideration of plaintiff Elizabeth Gomez's brief and statement of issues in support of request for review (docket entry # 7), defendant Carolyn W. Colvin's[1] (the "Commissioner") response thereto (docket entry # 10), Gomez's reply (docket entry # 12), and the Honorable Jacob P. Hart's report and recommendation ("R&R") (docket entry # 13), to which neither party has filed an objection within the period specified by Loc. R. Civ. P. 72.1 IV(b), it is hereby ORDERED that:

1. Pursuant to Fed. R. Civ. P. 25(d), the Clerk of Court shall AMEND the caption to substitute Acting Commissioner of Social Security Carolyn W. Colvin's name in place of former Commissioner Michael J. Astrue's name;

2. Judge Hart's report and recommendation (docket entry # 13) is APPROVED and ADOPTED;

3. Plaintiff's request for review (docket entry # 7) is GRANTED IN PART;

---

1. Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013 following former Commissioner Michael J. Astrue's resignation. We will direct the Clerk of Court to amend the caption to reflect this change.

4. This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Hart's report and recommendation; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.